THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* BEN HARRISON, Appellant.

*Appeal — failure to serve points.*

Reported below, 190 App. Div. 902.

(Submitted February 18, 1924; decided February 26, 1924.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 26, 1919, which affirmed a judgment of the court, rendered at a Trial

Term for the county of New York upon a verdict convicting the defendant of a violation of the Election Law.

The motion was made upon the ground that defendant had failed to serve his points on appeal.

*Joab H. Banton, District Attorney* (*Matthew F. Mahan* of counsel), for motion.

*Louis H. Solomon* opposed.

Motion granted unless within ten days appellant serves points on appeal, in which case motion is denied.